# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MATILDA HOLSTON, ) | CASE NO. 1: 20 CV 1001 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | ORDER ADOPTING REPORT |
| ) | AND RECOMMENDATION |
| ANDREW SAUL, Commissioner ) | |
| Of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg. (ECF #20) Plaintiff, Matilda Holston challenges the final decision of the Commissioner of Social Security Administration denying her application for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act, 42 U.S.C. §§ 416(I), 423, 1381 *et seq.* ("Act"). Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Greenberg for a Report and Recommendation.

On April 20, 2021, Magistrate Judge Greenberg issued a Report and Recommendation finding that the Commissioner's decision denying DIB was supported by substantial evidence and recommended that the Commissioner's decision be AFFIRMED. (ECF #20). Ms. Holston filed an objection to the Report and Recommendation (ECF #21) reiterating points made in her briefing on the merits and the Commissioner filed a Response stating his belief that the Magistrate Judge correctly applied the pertinent law and found that the ALJ's decision is supported by substantial evidence in the record. (ECF #22)

The Court has reviewed *de novo* those portions of the Magistrate Judge's Report and

Recommendation to which objection has been made. *See* FED. R. CIV. P. 72(b). Plaintiff's Objections merely reiterate the same arguments that she made in her briefing on the merits which were fully and appropriately addressed by Magistrate Judge Greenberg. Accordingly, Plaintiff's Objections are overruled.

The Court has carefully reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge Greenberg (ECF #20) is ADOPTED. The decision of the Commissioner denying Petitioner's application for Disability Insurance Benefits is AFFIRMED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: May 10, 2021